FEBRUARY 23, 1981

No. 80–769. SONITROL CORP. v. BENNETT. Ct. App. Ind. Certiorari dismissed under this Court's Rule 53.

No. 80–714. JEFFERSON COUNTY, COLORADO, ET AL. v. UNITED STATES. Affirmed on appeal from C. A. 10th Cir. 

No. 80–805. INTERIM BOARD OF TRUSTEES OF THE WESTHEIMER INDEPENDENT SCHOOL DISTRICT ET AL. v. COALITION TO PRESERVE HOUSTON AND THE HOUSTON INDEPENDENT SCHOOL DISTRICT ET AL. Affirmed on appeal from D. C. S. D. Tex. 

No. 80–801. CONSUMERS UNION OF UNITED STATES, INC., ET AL. v. SIEBERT, SUPERINTENDENT OF BANKS OF NEW YORK. Affirmed on appeal from D. C. S. D. N. Y. JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 80–697. COALITION TO PRESERVE HOUSTON AND THE HOUSTON INDEPENDENT SCHOOL DISTRICT ET AL. v. INTERIM BOARD OF TRUSTEES OF THE WESTHEIMER INDEPENDENT SCHOOL DISTRICT ET AL. Appeal from D. C. S. D. Tex. dismissed for want of jurisdiction. 
